# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Priority  ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## CIVIL MINUTES - GENERAL

Case No.   CV 06-3446-RGK (AJWx)                                Date   August 2, 2007

Title   *UNITED STATES OF AMERICA, et al. v. ELI LILLY & COMPANY*

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |

Attorneys Present for Plaintiffs:                          Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**    **(IN CHAMBERS) NOTICE TO UNITED STATES OF AMERICA RE LODGED NOTICE OF DISMISSAL**

Pursuant to the Order filed by this Court on April 13, 2007, the United States is hereby notified the a Notice of Dismissal was lodged by counsel for the Qui Tam Plaintiff on July 31, 2007.

Any response by the United States shall be submitted to the Court, in pleading format, no later than August 13, 2007. The Court will then rule on the proposed dismissal.

**IT IS SO ORDERED.**



Initials of Preparer   slw

DOCKETED ON CM
AUG - 3 2007
BY